UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOL DIVISION

DEREK L. STREETER,

    Plaintiff,

v.                                      CASE NO. 3:24cv565-MCR/ZCB

CITY OF PENSACOLA,

    Defendant.

_____/

## ORDER ON RULE 26(f) OBLIGATIONS

The attorney conference required under Federal Rule of Civil Procedure 26(f) must include an oral conversation between attorneys responsible for the litigation on each side. An exchange of information in writing is not sufficient. The attorneys must fully comply with the letter and spirit of the rule.

In addition to the other contents of the 26(f) report, the report must include:

1.    A statement that the attorneys responsible for the litigation on each side have had an oral conversation and have fully complied with Rule 26(f).

2.    For the Plaintiffs, a succinct, numbered list of each action that the plaintiffs assert constituted an adverse employment action—an action with tangible consequences—within the meaning of *Davis v. Town of Lake Park, Fla.*, 245 F.3d 1232, 1238-39 (11th Cir. 2001). An action that is not itself an adverse employment

action but that the plaintiffs contend is actionable only because it contributed to a hostile environment should not be listed.

3. For the Defendant, a succinct, numbered list of each legitimate, nondiscriminatory reason for each of the plaintiff's claimed adverse employment actions.

**DONE AND ORDERED** this 13th day of November 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**